UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2588 ADM/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEANELLE CHAMBERS,<br>a/k/a J.B. GRAY,<br>Defendant. | ) | ORDER |

Based upon the Stipulation of the parties, it is hereby

**ORDERED** that this action is dismissed in its entirety, with prejudice and without costs to either party.

Dated: September 24, 2001

[signature]
ANN D. MONTGOMERY
United States District Court Judge

FILED 9.24.01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2588 ADM/AJB

ORIGINAL

UNITED STATES OF AMERICA,

Plaintiff,

v.

JEANELLE CHAMBERS,
a/k/a J.B. GRAY,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties stipulate and agree that the above-entitled action may be dismissed with prejudice and without costs to either party.

Dated: 9.19.01

ROBERT M. SMALL
United States Attorney

BY: LONNIE F. BRYAN
Assistant U.S. Attorney
Attorney I.D. No. 206635
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated: 9/7/01

Kathy K. Smith, Esq.
Attorney for the Defendant